UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                           Case No. 08-cr-18-01-SM

Benjamin Varona


O R D E R


Defendant's assented-to motion to continue the trial (document no. 15) is granted. Trial has been rescheduled for the February 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than December 22, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Final Pretrial Conference: | February 9, 2009 at 4:00 PM |
| Jury Selection: | February 18, 2009 at 9:30 AM |

SO ORDERED.

December 10, 2008

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal